IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv580-MHT |
| ) | (WO) |
| DRUG ENFORCEMENT AGENCY ) | |
| (DEA), ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se, filed this lawsuit against the defendant federal agency asserting that "the classification of medically necessary drugs like amphetamine" violates his constitutional rights. Complaint (Doc. 1) at 1. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of December, 2025.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE